| | | |
|---|---|---|
| NICCND (12/1/10) | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br>October 18, 2011<br>Clerk, U.S. Bankruptcy Court<br>BY DEPUTY |

In re
**Jeffrey Alan Atkins**
**Mary Katherine Atkins**

*Other names used by joint debtor:* Mary Katherine Rainey

Debtor(s)

) Case No. **11–36492–tmb7**
)
) NOTICE OF INTENT
) TO CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE
)

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management on Official Form #B23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204