Certificate Number: 12490-OR-DE-016381027

Bankruptcy Case Number: 11-36492



12490-OR-DE-016381027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2011</u>, at <u>3:14</u> o'clock <u>PM CDT</u>, <u>Jeff  Atkins</u> completed a course on personal financial management given <u>by internet</u> by <u>Dave Ramsey's Debtor Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Oregon</u>.

Date:   <u>October 20, 2011</u>                     By:       <u>/s/Nichole Kiszla</u>

                                                                      Name:   <u>Nichole Kiszla</u>

                                                                      Title:     <u>Administrative Assistant</u>

Certificate Number: 12490-OR-DE-016381042

Bankruptcy Case Number: 11-36492



12490-OR-DE-016381042

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2011, at 3:14 o'clock PM CDT, Mary  Atkins completed a course on personal financial management given by internet by Dave Ramsey's Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:  October 20, 2011

By:    /s/Nichole Kiszla

Name:  Nichole Kiszla

Title:  Administrative Assistant